In the Matter of the Claim of ABRAHAM GASSMAN, Respondent, against S. & A. SERVICE CORPORATION, Employer. STATE INSURANCE FUND, Appellant; STATE INDUSTRIAL BOARD, Respondent.

Argued September 27, 1939; decided October 17, 1939.

*George J. Hayes* and *Bernard Botein* for appellant.

*Barney Rosenstein* and *Nathan Canter* for claimant, respondent.

*John J. Bennett, Jr., Attorney-General (Roy Wiedersum* of counsel), for State Industrial Board, respondent.

Order affirmed, with one bill of costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part; O'BRIEN, J.